# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>IH 2, Inc | **Chapter:** 7 |
| **EIN:** 94–3157362<br>Dolton Aluminum Co Inc<br>Novar Inc<br>Indalex<br>Indalex Aluminum Solutions<br>Indalex International | **Case No.:** 09–10984–LSS |
| | Claim No.* (if known): 95<br>Amount (if known): $ |

## NOTICE OF TRANSFER OF CLAIM

To Chorey, Taylor & Feil, P.C. Claimant/Transferor:

    YOU ARE HEREBY NOTIFIED that on 11/22/18, a Transfer of Claim was filed with this Court purporting to transfer to Taylor, Feil, Harper & Lumsden P.C., Transferee, a claim previously filed by you.

    Any objection to this Transfer must be in writing and filed with the Clerk at the address below within (21) days of the date of this Notice, and a copy served on the Transferee. If no objection is timely received by the Court, the Transferee will be substituted as the original claimant without further order of the Court.

| Clerk of Court | Transferee |
|---|---|
| United States Bankruptcy Court<br>District of Delaware<br>824 Market Street<br>Wilmington, DE 19801 | Taylor, Feil, Harper & Lumsden P.C.,<br>c/o 3400 Peachtree Rd.<br>NE. Suite 1515<br>Atlanta, GA 30326 |

Dated: 11/29/18

                                                     Una O'Boyle, Clerk of Court

*Claim no. as assigned by the Court, which may be different from the claim no. as assigned by the Trustee.