# Notice Recipients

District/Off: 0311−1     User: Nicki     Date Created: 11/26/2018
Case: 09−10984−LSS     Form ID: trclaim     Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
4920659    CHOREY, TAYLOR & FEIL    THE LENOX BUILDING    SUITE 1700    ATLANTA, GA 30326−1148
         Chorey, Taylor & Feil, P.C.    c/o Lisa F. Harper, Esq.    3400 Peachtree Rd.    NE, Suite 1515    Atlanta, GA 30326

                                                                                                                                                               TOTAL: 2